UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GARRETT,

       Plaintiff,                        Case No. 2:12-cv-357

v.                                          HON. ROBERT HOLMES BELL

MITCH PERRY, et al.,

       Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 7, 2015, Magistrate Judge Timothy P. Greeley issued a Report & Recommendation ("R&R") (ECF No. 173) recommending that Defendants' motion for summary judgment (ECF No. 144) be granted. The matter is before the Court on Plaintiff's objections to the R&R (ECF No. 179).

This Court makes a *de novo* determination of those portions of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). The Court may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. *Id.*

Plaintiff objects to the Magistrate Judge's determination that Plaintiff failed to exhaust his administrative remedies against Defendants Teresa Steed and David Kihm as required by the

Michigan Department of Corrections (MDOC) Policy Directive. Plaintiff argues that he named Defendants in his Step II appeal, but does not refute the Magistrate Judge's assertion that "there is no question that plaintiff failed to properly follow MDOC grievance policy and name defendants Steed and Kihm in his Step I grievance." Accordingly, Defendants' motion for summary judgment is granted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 7, 2015, R&R (ECF No. 173) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 144) is **GRANTED** and Defendants Steed and Kihm are **DISMISSED** without prejudice.


Dated: August 28, 2015                   /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE